360 A.2d 640
COMMONWEALTH
v.
SETZER, Appellant.

Submitted June 16, 1975. Donald
C. Cofsky, for appellant; Martin L. Trichon, Assistant
District Attorney, and F. Emmett Fitzpatrick, District
Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, *Commonwealth v. Agie*, 449 Pa. 187, 296 A.2d 741 (1972), without prejudice to appellant's rights under the Post Conviction Hearing Act, Act of January 25, 1966, P.L. (1965) 1580, § 1 et seq., 19 P.S. § 1180-1 et seq. (Supp.1975).

JACOBS, J., would remand for an evidentiary hearing under *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).